AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| United States of America | ) |
|---|---|
| v. | ) |
| DAVID ABIOLA AINA | ) Case No. 6:24mj 38 |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   DAVID ABIOLA AINA                                                                                  ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1343, 1349 - wire fraud and conspiracy to commit wire fraud (see affidavit for factual details)

Date: 11/20/24

*Issuing officer's signature*

City and state:   Greenville, South Carolina

Kevin F. McDonald, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 11/20/24, and the person was arrested on *(date)* 11/20/24
at *(city and state)* Arlington, VA.

Date: 11/21/24

*Arresting officer's signature*

FBI SA Nick Marsit
*Printed name and title*